# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-431-753**

**Effective Date of Registration:**
January 29, 2025
**Registration Decision Date:**
February 06, 2025

---

## Title

**Title of Work:** mermaid4

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 12, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Senay Kurtulus
  **Author Created:** 2-D artwork
  **Citizen of:** Türkiye

## Copyright Claimant

**Copyright Claimant:** Senay Kurtulus
Acibadem mah. Adivar sok., Polat apt. No:7/9, Kadikoy-Istanbul, 34718, Türkiye

## Rights and Permissions

**Name:** Senay Kurtulus
**Email:** senaykurtulus@gmail.com
**Address:** Acibadem mah. Adivar sok.
Polat apt. No:7/9
Kadikoy-Istanbul 34718 Türkiye

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-431-303**

**Effective Date of Registration:**
January 29, 2025
**Registration Decision Date:**
February 05, 2025

---

## Title

| | |
|---|---|
| Title of Work: | watercolorgiraffepattern |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2021 |
| Date of 1st Publication: | February 04, 2021 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Senay Kurtulus |
| Author Created: | 2-D artwork |
| Citizen of: | Türkiye |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Senay Kurtulus |
| | Acibadem mah. Adivar sok., Polat apt. No:7/9, Kadikoy-Istanbul, 34718, Türkiye |

## Rights and Permissions

| | |
|---|---|
| Name: | Senay Kurtulus |
| Email: | senaykurtulus@gmail.com |
| Address: | Acibadem mah. Adivar sok. |
| | Polat apt. No:7/9 |
| | Kadikoy-Istanbul 34718 Türkiye |

## Certification

| | |
|---|---|
| Name: | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-430-609

**Effective Date of Registration:**
January 29, 2025
**Registration Decision Date:**
January 31, 2025

---

**Title**

| | |
|---|---|
| Title of Work: | cutecatspinkpattern |

**Completion/Publication**

| | |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | December 17, 2018 |
| Nation of 1st Publication: | United States |

**Author**

| | |
|---|---|
| Author: | Senay Kurtulus |
| Author Created: | 2-D artwork |
| Citizen of: | Türkiye |

**Copyright Claimant**

| | |
|---|---|
| Copyright Claimant: | Senay Kurtulus |
| | Acibadem mah. Adivar sok., Polat apt. No:7/9, Kadikoy-Istanbul, 34718, Türkiye |

**Rights and Permissions**

| | |
|---|---|
| Name: | Senay Kurtulus |
| Email: | senaykurtulus@gmail.com |
| Address: | Acibadem mah. Adivar sok. |
| | Polat apt. No:7/9 |
| | Kadikoy-Istanbul 34718 Türkiye |

**Certification**

| | |
|---|---|
| Name: | David Denholm |

Page 1 of 2

