COPYRIGHT

# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
## CIVIL DOCKET FOR CASE #: 2:25-cv-01628-PLD
### Internal Use Only

KURTULUS v. SCHEDULE A DEFENDANTS  
Assigned to: Magistrate Judge Patricia L. Dodge  
Cause: 17:501 Copyright Infringement

Date Filed: 10/20/2025  
Jury Demand: Plaintiff  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question

**Plaintiff**

**SENAY KURTULUS**                    represented by    Stanley D. Ference , III  
Ference & Associates  
409 Broad Street  
Pittsburgh, PA 15143  
(412) 741-8400  
Email: courts@ferencelaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SCHEDULE A DEFENDANTS**

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 10/20/2025 | 1 | ☐ | COMPLAINT against SCHEDULE A DEFENDANTS (Filing fee, including Administrative fee, $405, receipt number APAWDC-9150659), filed by SENAY KURTULUS. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3) (Ference, Stanley) (Entered: 10/20/2025) |
| 10/21/2025 | | | Magistrate Judge Patricia L. Dodge added. (cel) (Entered: 10/21/2025) |
| 10/21/2025 | | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 1 COMPLAINT. Attorney to submit AO 121 Report on the Filing or Determination of an Action or appeal Regarding a Copyright. Attorney advised to file the Notice within 7 days. The link to the report can be found under Other Forms at: http://www.uscourts.gov/FormsAndFees/Forms/CourtFormsByCategory.aspx (cel) (Entered: 10/21/2025) |
| 10/21/2025 | 2 | ☐ | Disclosure Statement identifying none as corporate parent or affiliate by SENAY KURTULUS. (Ference, Stanley) Modified text on 10/24/2025 to add disclosure info. (kss) (Entered: 10/21/2025) |
| 10/22/2025 | 3 | ☐ | AO 121 NOTICE by SENAY KURTULUS (Ference, Stanley) (Entered: 10/22/2025) |